No. 83–1118.   ROCKEFELLER *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   JUSTICE POWELL took no part in the

consideration or decision of this petition.